UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO: 2:14-cr-135-FtM-38CM

LESLIE CHIN
_____

## ORDER

Before the Court is Defendant's Motion for Pre-Trial Suppression Hearing (Doc. 54, "Motion"), filed on April 1, 2015.  Defendant requests a pre-trial suppression hearing concerning Defendant's April 17, 2012 arrest in Charlotte County, Florida.  Doc. 54 at 1.  Defendant seeks to suppress evidence gathered by law enforcement from two cell phones received from Defendant.  *Id.*  For the reasons set forth below, this Motion is denied without prejudice.

Defendant's Motion fails to provide the Court with any legal support as to why the Motion should be granted.  Pursuant to Local Rule 3.01(a) and the Criminal Scheduling Order (Doc. 30), the movant must include a memorandum of legal authority in support of the request.  Local Rule 3.01(a); Doc. 30 at 6.  Defendant has not complied with this requirement.  Additionally, Defendant's counsel is required to certify he has conferred with opposing counsel in an attempt to resolve the issues raised in the motion prior to filing the motion.  Doc. 30 at 6.  Defendant's Motion does not include the certification.  Finally, the formatting of Defendant's Motion fails to comply with Local Rule 1.05.  Local Rule 1.05(a) states that all pleadings "shall

be typewritten, double-spaced, in at least twelve-point type front." Local Rule 1.05(a).

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Motion for Pre-Trial Suppression Hearing is **DENIED without prejudice.**

2. Defendant is granted leave to refile her Motion for Pre-Trial Suppression Hearing on or before **Monday, April 13, 2015** in accordance with this Order, the Local Rules and the Criminal Scheduling Order (Doc. 30.)

    a. Defendant shall file a supporting memorandum with her refiled Motion.

    b. Defendant's counsel must confer with opposing counsel prior to refiling this Motion and include a certification in the Motion.

    c. Defendant's Motion and supporting memorandum must comply with the formatting requirements.

3. Defendant's Motion also shall include an estimate of the time required for the hearing.

**DONE** and **ORDERED** in Fort Myers, Florida on this 7th day of April, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of Record