UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 2:14-cr-135-FtM-38CM

LESLIE CHIN

_____

## ORDER

This matter comes before the Court on the Defendant Leslie Chin's Motion to Allow Stand in Counsel (Doc. #76) filed on May 9, 2015.   Counsel moves the Court for permission to allow co-counsel to be allowed to stand in his place at the status conference.   The Court, having considered the motion, will grant the relief requested *nunc pro tunc*, as co- counsel did stand in during the status conference held on May 11, 2015

Accordingly, it is now

**ORDERED:**

Defendant Leslie Chin's Motion to Allow Stand in Counsel (Doc. 76) is **GRANTED** *nunc pro tunc*.

**DONE AND ORDERED** at Fort Myers, Florida, this May 12, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record